■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ALEX SOSTRE, Appellant. [664 NYS2d 723] —Appeal by the defendant from two judgments of the County Court, Rockland County (Kelly, J.), both rendered October 25, 1995, convicting him of attempted robbery in the first degree under Indictment No. 94-00341, and escape in the first degree under Indictment No. 95-00244, upon his pleas of guilty, and imposing sentences. The appeal under Indictment No. 94-00341 brings up for review the denial, after a hearing, of that branch of the defendant's omnibus motion which was to suppress identification testimony.

Ordered that the judgments are affirmed.

Contrary to the defendant's contention, the showup identification was not improper *(see, People v Duuvon,* 77 NY2d 541; *People v Wright,* 221 AD2d 577; *People v Rodney,* 237 AD2d 541).

The sentences imposed were not excessive *(see, People v Suitte,* 90 AD2d 80; *People v Kazepis,* 101 AD2d 816). Ritter, J. P., Sullivan, Santucci and McGinity, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JOHN WHITFIELD, Appellant. [664 NYS2d 724] —Application by the appellant for a writ of error coram nobis to vacate, on the ground of ineffective assistance of appellate counsel, a decision and order of this Court dated March 9, 1992 *(People v Whitfield,* 181 AD2d 752), affirming a judgment of the Supreme Court, Kings County, rendered December 1, 1989.

Ordered that the application is denied.

The appellant has failed to establish that he was denied the effective assistance of appellate counsel *(see, Jones v Barnes,* 463 US 745). Mangano, P. J., Rosenblatt, O'Brien and Ritter, JJ., concur.